**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Morris,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al,**<br><br>**Defendants,** | : | **CIVIL ACTION**<br>**No. 26-6064** |

**ORDER**

AND NOW, this_____day of August 2026, Defendants' Motion for Enlargement of Time is hereby GRANTED. Defendants are hereby ORDERED to respond to Plaintiff's Complaint on or before September 16, 2026.

____________________________
Savage, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Morris,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al,**<br><br>**Defendants,** | : | **CIVIL ACTION**<br>**No. 26-6064** |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendants, City of Philadelphia, Police Officer Isakov Sultan, and Police Officer Nolan McNicholas, by and through their undersigned counsel, Felicia Carter, Esquire, files this Motion for Extension of Time to respond to Plaintiff's Complaint and avers the following:

1. Defendants filed a notice for Removal to the United States District Court under the Third Circuit, which was served on Plaintiff's counsel via ECF on August 19, 2026, at ECF #1.

2. Defendants' response is due on August 26, 2026.

3. The calendar of Defendants' counsel has become overwhelmed with court appearances, and responsive pleading. Additionally, Counsel needs to take some time off on August 26, 2026, to visit her Dad after his surgery.

4. Accordingly, Defendants ask for a three-week enlargement time, until September 16, 2026, for their response.

5. Defendants fully expect to still engage in discovery during this extension period and will provide Plaintiff additional discovery on August 25,2026.

6. Parties exchanged pre-litigation discovery while the matter was in the Court of Common of Pleas, Philadelphia County.

7. This is Defendants' first request.

8. Plaintiff has no objection to Defendants' request.

Respectfully Submitted,

Date: August 25, 2026

BY: */s/ Felicia Carter*
Felicia Carter, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 334335
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-685-6653 (phone)
felicia.carter@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Morris,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al,**<br><br>**Defendants,** | **CIVIL ACTION**<br>**No. 26-6064** |

**CONCURRENCE**

Undersigned counsel asked opposing counsel for consent which was agreed upon by the Plaintiff. Therefore, undersigned counsel files the instant motion as unopposed.

Respectfully Submitted,

Date: August 25, 2026

BY: _/s/ Felicia Carter_
Felicia Carter, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 334335
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-685-6653 (phone)
felicia.carter@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Morris,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | **No. 26-6064** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, et al,** | : | |
| **Defendants,** | : | |

**CERTIFICATE OF SERIVCE**

The foregoing has been served via this Court's ECF and via email to all counsel of record.

Respectfully Submitted,

Date: August 25, 2026

BY: */s/ Felicia Carter*

Felicia Carter, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 334335
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-685-6653 (phone)
felicia.carter@phila.gov